IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KENNETH LAMBERTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3837

Opinion filed November 4, 2015.

An appeal from an order of the Circuit Court for Leon County.
James O. Shelfer, Judge.

Kenneth Lamberton, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

SWANSON, MAKAR, and BILBREY, JJ., CONCUR.